# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEONARD JOSEPH BENTZ, JR.,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 71141

FILED

NOV 23 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
     CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order of the district court affirming a conviction entered in the justice court. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.            _____, J.
Hardesty                                 Pickering

cc: Hon. Rob Bare, District Judge
Leonard Joseph Bentz, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A